UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD N. BATSON,<br>BEVERLY J. JONES-BATSON,<br>　　　　Plaintiffs,<br>　　　　v.<br>DEUTSCHE BANK TRUST AMERICAS, INDEPENDENT TRUSTEE FOR SASTA 2005-3 MORTGAGE BACKED ASSETS 2005-3,<br>MORGAN STANLEY FINANCIAL,<br>OCWEN MORTGAGE SERVICES,<br>NORTH CASCADE TRUSTEE SERVICES,<br>DOES 1-10,<br>ALL OTHERS WITH SECURED INTEREST,<br>　　　　Defendants. | No. 2:15-cv-00193-SAB<br><br>**ORDER DENYING MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER** |

　　Before the Court is pro se Plaintiffs' Motion for Emergency Temporary Restraining Order, ECF No. 58. This motion reiterates Plaintiffs' points and

//

**ORDER DENYING MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER ^ 1**

arguments made in their Motion for a Preliminary Injunction, ECF No. 16. There are no new factual or legal allegations within. The Court thoroughly and liberally reviewed Plaintiffs' first motion for an injunction, and cannot reconsider its orders absent clear error, new evidence, or an intervening change in the law. *Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003). The motion is **denied.**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Emergency Temporary Restraining Order, ECF No. 58, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order provide copies to counsel, and mail a copy to pro se Plaintiffs.

**DATED** this 12th day of November, 2015.



Stanley A. Bastian
United States District Judge

**ORDER DENYING MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER ^ 2**