# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD N. BATSON, BEVERLY J. JONES-BATSON, <br><br>Plaintiffs, <br><br>v. <br><br>DEUTSCHE BANK TRUST AMERICAS, INDEPENDENT TRUSTEE FOR SASTA 2005-3 MORTGAGE BACKED ASSETS 2005-3, MORGAN STANLEY FINANCIAL, OCWEN MORTGAGE SERVICES, NORTH CASCADE TRUSTEE SERVICES, DOES 1-10, ALL OTHERS WITH SECURED INTEREST, <br><br>Defendants. | No. 2:15-cv-00193-SAB <br><br>**ORDER DENYING MOTION TO VACATE SETTLEMENT CONFERENCE** |

Before the Court is Defendants' Motion to Vacate Settlement Conference, ECF No. 130, and a related motion to expedite, ECF No. 129. Chief Bankruptcy

Judge Corbit, who is scheduled to conduct the settlement conference, indicates that his court is capable of providing the logistical support necessary to host the conference. The Court therefore **denies** the motion to vacate the settlement conference, which shall be conducted according to Chief Judge Corbit's Order as amended.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Motion to Vacate Settlement Conference, ECF No. 130, is **DENIED**.

2. Defendants' Motion to Expedite, ECF No. 129, is **GRANTED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel and to pro se Plaintiffs.

**DATED** this 7th day of November, 2016.



Stanley A. Bastian
United States District Judge

ORDER DENYING MOTION TO VACATE SETTLEMENT CONFERENCE ^ 2