FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD N. BATSON and BEVERLY J. JONES-BATSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEUTSCHE BANK TRUST AMERICAS, INDENTURED TRUSTEE FOR SASTA 2005-3 MORTGAGE BACKED ASSETS 2005-3, OCWEN LOAN SERVICING LLC,<br><br>　　　　Defendants. | No. 2:15-cv-00193-SAB<br><br>**ORDER DENYING RECONSIDERATION** |

　　Before the Court is pro se Plaintiffs' Motion for Judgment as a Matter of Law, New Trial, Amend Findings and Judgment Entry, Judgment to be Set Out in Separate Document of Court Order Dismissing Case with Prejudice, ECF No. 208. The Court construes Plaintiffs' motion as a second[1] request to reconsider its Order Dismissing Case, ECF No. 204. The Court finds no grounds to reconsider its earlier decision.

---

[1] On May 24, 2018, Plaintiffs filed with the Court a document titled "Plaintiffs' Motion for Judgment as a Matter of Law, New Trial, Amend Findings and Judgment Entry, Judgment to be Set Out in Separate Document of Court Order Dismissing Case with Prejudice." ECF No. 206. The Court construed this pleading as a motion for reconsideration and denied it. ECF No. 207. This constitutes Plaintiffs' second request for reconsideration.

ORDER DENYING RECONSIDERATION ^ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Judgment as a Matter of Law, New Trial, Amend Findings and Judgment Entry, Judgment to be Set Out in Separate Document of Court Order Dismissing Case with Prejudice, ECF No. 208, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and pro se Plaintiffs, and **close this file**.

**DATED** this 26th day of June 2018.



Stanley A. Bastian
United States District Judge